UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| OLAN WAYNE BRISCOE,            ) | |
|                                ) | |
|         Plaintiff,             ) | |
|                                ) | |
|    v.                          ) | No. 2:12CV11 JCH |
|                                ) | |
| UNKNOWN BAIRD, et al.,         ) | |
|                                ) | |
|         Defendants.            ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff' motion for extension of time [Doc. 5] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall file his amended complaint no later than **May 23, 2012**.

Dated this <u>3rd</u> day of May, 2012.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE